| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 16 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ABRAHAM BIELSKI, on behalf of himself and all others similarly situated,

        Plaintiff-Appellee,

v.

COINBASE, INC.,

        Defendant-Appellant.

No. 22-15566

D.C. No. 3:21-cv-07478-WHA
Northern District of California,
San Francisco

ORDER

Before: MILLER, SANCHEZ, and MENDOZA, Circuit Judges.

Judges Miller, Sanchez, and Mendoza voted to deny the petition for panel rehearing. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. Accordingly, the Appellee's Petition for Panel Rehearing and Rehearing En Banc (Doc. 87) is DENIED.